**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7872**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

EUGENE LMAR JACKSON,

              Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:99-cr-00001-JPB-JES-2)

Submitted:  February 18, 2010      Decided:  February 25, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Lmar Jackson, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Lmar Jackson appeals the district court's order accepting the recommendation of the magistrate judge and denying his petition for a writ of mandamus in which he sought to be resentenced or to have his sentence adjusted so that it ran concurrently with his state sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jackson</u>, No. 3:99-cr-00001-JPB-JES-2 (N.D. W. Va. Sept. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>